# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL WHITE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEMBERS 1st FEDERAL CREDIT UNION,<br><br>Defendant. | Civil Action No. 1:19-cv-00556-JEJ<br>(Hon. John E. Jones, III)<br><br><br><br><br>JURY TRIAL DEMANDED |

## **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant, Members 1st Federal Credit Union ("Members"), by and through its undersigned counsel, Fox Rothschild LLP, hereby submits its Motion to Dismiss (the "Motion") the Complaint filed by Plaintiff, Michael White ("Plaintiff"). For the reasons set forth in the attached Brief, which Members incorporates fully as if set forth herein, Members respectfully requests that the Court grant the Motion and provide the following relief: (a) dismiss Plaintiff's claim pursuant to Regulation E of the Electronic Fund Transfers Act as time-barred; (b) dismiss Plaintiff's Complaint, in its entirety, for any potential class members who did not opt out of Members' mandatory arbitration provision; (c) dismiss Plaintiff's Complaint, in its entirety, for any potential class members subject to Members' class action waiver;

and (d) decline to exercise subject matter jurisdiction pursuant to the home state exception of the Class Action Fairness Act.

                              Respectfully submitted,

                              **FOX ROTHSCHILD LLP**

Dated:  June 3, 2019        By:   */s/ Kelsey M. O'Neil*
                                    Craig A. Styer, Esquire, I.D. No. 60253
                                    Kelsey M. O'Neil, Esquire, I.D. No. 324433
                                    Eagleview Corporate Center
                                    747 Constitution Drive, Suite 100
                                    Exton, PA  19341

                                    James J. Kutz, Esquire
                                    Post & Schell, P.C.
                                    17 North Second Street, 12th Floor
                                    Harrisburg, PA  17101

                                    *Attorneys for Defendant, Members 1st Federal Credit Union*